**Order entered December 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00508-CR

### BRANDON DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-80734-2018

## ORDER

Before the Court is appellant's December 19, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 31, 2019.

/s/    CORY L. CARLYLE
        JUSTICE